UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CRIMINAL CASE NO:   2:16-CR-38-DLB-01          JUDGE   BUNNING

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

       vs.                                                                                       *ELECTRONICALLY FILED*

**JEFFREY W. HARNEY,**
    **Defendant.**

## SENTENCING MEMORANDUM

Now comes the defendant, by and through counsel, and respectfully submits the following Sentencing Memorandum setting forth factors that the Court should consider in this particular case in fashioning a sentence that is sufficient, but not greater than necessary, to comply with the applicable law set forth in *18 U.S.C. §3553(a)*, *U.S. v. Booker*, 543 U.S. 220 (2005), and *U.S. v. Fanfan*, 542 U.S. 963 (2004).

A sentencing court must consider all the goals and factors set forth in 18 U.S.C. §3553(a). This includes the "*parsimony principle*" of the statute that the sentence must be sufficient but not greater than necessary to comply with statutory purposes' of sentencing set forth in 18 U.S.C. §3553(a)(2).   *United States v, Foreman*, 436 F.3d 638 (6th Cir. 2006).

## HISTORY AND CHARACTERISTICS OF
## JEFFREY W. HARNEY

Jeffrey Harney has just turned 53 years old.  He is single and never married.  Jeffrey does not have any children and he is a lifelong resident of the Northern Kentucky area.  Jeffrey's

biological father died in 2013 and his mother died in 2008. In his early years Jeffrey was raised primarily by his maternal grandparents and his uncle William. Jeffrey does have strong family support. However, his family members are having a difficult time reconciling the nature of this offense with the Jeffrey they know. Jeffrey's family members have indicated that they observed a distinct positive change in Jeffrey during the period of his pretrial release. They attribute positive changes in Jeffrey's behavior to the counseling and mental health and medications he was receiving.

Educationally, Jeffrey has achieved a high school diploma. He scored zero criminal history points and does not have any other pending criminal charges. His criminal history category is I. At 53 years of age Jeffrey has led a relatively law-abiding life.

Jeffrey does suffer from some mental and emotional health issues. These issues are described in ¶¶ 57- 58 of the Revised PSR and are contained in the BOP forensic report. The Court is aware of the history of this case. Prior to the undersigned being appointed to represent Mr. Harney there have been communications with the Court indicating or addressing Mr. Harney's mental health and behavioral situation, and as indicated at ¶58 of the PSR, a BOP forensic evaluation and Competency Evaluation and Report.

## NATURE AND CIRCUMSTANCES OF THE OFFENSE

This case involves a single defendant Indictment. Jeffrey pleaded guilty to Count Three of the Indictment. He entered a Conditional Guilty Plea allowing him to appeal the issues contained in his pretrial motions and set forth in his written guilty plea. Count Three states that he was in receipt of child pornography in violation of 18 U.S.C. § 2252(a)(2) and 18 U.S.C. § 2252 (b)(1). Jeffrey has accepted responsibility for his actions resulting in this offense.

## OBJECTIONS TO PRESENTENCE REPORT

There are no unresolved objections to the Presentence Report in this matter that will affect the calculation of the sentencing guideline range. There were some corrections submitted and made to the report. There are two objections to the PSR (¶13 and ¶59) Mr. Harney requested be stated. However, given Mr. Harney's basis for the objections neither objection will appear to have any effect on the applicable guideline range.

## A REASONABLE SENTENCE FOR JEFFREY W. HARNEY

Given Mr. Harney's criminal history, and the principles of sentencing and factors to be considered by the Court in 18 U.S.C 3553(a) the undersigned request that the court sentence Mr. Harney to a term of imprisonment below the applicable sentencing guideline range. In the alternative, the undersigned suggests a sentence at the low end of the applicable sentencing guideline range (97 months) would serve the concerns of 18 U.S.C. 3553(a) and the general principles of sentencing.

Jeffrey scored 0 criminal history points resulting in a criminal history category I. Jeffrey's total offense level, after adjustments, is a level 30. The resulting sentencing guideline range is 97 to 121 months.

In considering the options available to the Court, the Court should consider, as a factor, the cost to society of incarcerating an individual. The Court should consider less costly alternatives to incarceration if the principles and purposes of sentencing can still be achieved. As of July 2017, the Administrative Office of the Courts has reported that the annual cost to incarcerate a person in a Bureau of Prisons facility is $34,770.00 ($2,898.00/mo.); to incarcerate a person in a Community Corrections Center is $29,280.00 ($2,440.00/mo.); and for a person to

be supervised by a probation officer is $4,392.00 ($366.00/mo.).

Mr. Harney would like to participate in any, and all, educational, vocational, and treatment programs that might be available to him. Mr. Harney has requested that the undersigned request that the Court recommend that he serve his term of imprisonment as near to the Covington, Kentucky area as possible.

/s/ Kerry L. Neff
KERRY L. NEFF
526 Greenup Street
Covington, KY 41011
Tel: (859) 291-6333
Fax: (859) 291-6336
Email: KerryNeff@aol.com
Attorney for Jeffery W. Harney

**CERTIFICATION**

I hereby certify that a true copy of this document will be served on this the 4th day of September 2018 via electronic filing/mail, to the following attorneys of record:

Anthony J. Bracke, Assistant United States Attorney.

I hereby certify that a true copy of this document will be served on this the 4th day of September 2018 via United States mail, to the following:
None

/s/ *Kerry L Neff*
KERRY L. NEFF

4